1024

No. 98–7648. CAMPBELL v. DOE, A MINOR CHILD, BY AND THROUGH HER FATHER AND NEXT FRIEND, DOE, ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 98–7652. BARRETT ET UX. v. NOLAN ET AL. Sup. Ct. Fla. Certiorari denied.

No. 98–7654. OGUNDE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–7656. KISKILA ET AL. v. McCONNELL ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–7659. CHUMPIA v. MICHIGAN STATE UNIVERSITY. C. A. 6th Cir. Certiorari denied.

No. 98–7660. VASQUEZ v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 98–7662. ANDERSON v. DEEDS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–7668. TURNER v. UTAH DEPARTMENT OF WORKFORCE SERVICES ET AL. Ct. App. Utah. Certiorari denied.

No. 98–7675. LAMB v. PIERCE. Sup. Ct. Alaska. Certiorari denied.

No. 98–7682. CUNNINGHAM v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–7686. GRANT v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7688. HILLARD v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7690. FELTON v. FRENCH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7692. HALL v. STEWART. C. A. 9th Cir. Certiorari denied.

No. 98–7694. SMITH v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.